# UNITED STATES DISTRICT COURT
Southern District of Texas

| | | |
|---|---|---|
| BITMAIN TECHNOLOGIES GEORGIA LIMITED, A GEORGIA CORPORATION **PLAINTIFF** <br><br> VS. <br><br> MAKERSTAR CAPITAL, INC., A DELAWARE CORPORATION **DEFENDANT** | § § § § § § § § § § | CAUSE NO. 4:25-CV-03593 |

**SUMMONS IN A CIVIL ACTION**
**RETURN OF SERVICE**

On Monday, August 11, 2025 at 11:55 AM, this SUMMONS IN A CIVIL ACTION, BITMAIN TECHNOLOGIES GEORGIA LIMITED'S MOTION TO CONFIRM ARBITRATION AWARD, EXHIBIT A, EXHIBIT B, ORDER, ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES, NOTICE REGARDING CONSENT TO JURISDICTION OF A MAGISTRATE JUDGE for MAKERSTAR CAPITAL, INC., A DELAWARE CORPORATION C/O REGISTERED AGENT CORPORATION SERVICE COMPANY was received by me.

On Monday, August 11, 2025 at 1:55 PM, I delivered the above-mentioned documents to Lynanne Gares who represented that they were authorized to accept service on behalf of MAKERSTAR CAPITAL, INC., A DELAWARE CORPORATION C/O REGISTERED AGENT CORPORATION SERVICE COMPANY at 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808.

I am over the age of eighteen, and am not a party to this case.

I declare under penalty of perjury that this information is true.

Monday, August 11, 2025

*William Besco*

William Besco
Process Server
230 N. MARKET ST
WILMINGTON, DE 19801


082589.01506
DocID: P339143_1