# UNITED STATES DISTRICT COURT
Southern District of Texas

| | | |
|---|---|---|
| BITMAIN TECHNOLOGIES GEORGIA LIMITED, A GEORGIA CORPORATION **PLAINTIFF** VS. MAKERSTAR CAPITAL, INC., A DELAWARE CORPORATION **DEFENDANT** | § § § § § § § § § § § | CAUSE NO. 4:25-CV-3593 |

### DECLARATION OF George Sano OF DUE DILIGENCE

**On Thursday, August 21, 2025 AT 9:38 AM**
SUMMONS IN A CIVIL ACTION, BITMAIN TECHNOLOGIES GEORGIA LIMITED'S MOTION TO CONFIRM ARBITRATION AWARD, EXHIBIT A, EXHIBIT B, ORDER, NOTICE REGARDING CONSENT TO JURISDICTION OF A MAGISTRATE JUDGE, ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES for service on MAKERSTAR CAPITAL, INC., A DELAWARE CORPORATION C/O LEA TIAN came to hand.

**On Monday, August 25, 2025 at 11:18 AM**, at 4 PARK PLAZA SUITE 1230, IRVINE, CA 92614, NO ANSWER, DOOR IS LOCKED. NO BUSINESS NAME ON DOOR.

**On Friday, August 29, 2025 at 2:25 PM**, at 4 PARK PLAZA SUITE 1230, IRVINE, CA 92614, BAD ADDRESS. NO ANSWER, DOOR IS LOCKED. NEIGHBOR CONFIRMED BUSINESS IS VACANT.

My name is George Sano. I am over the age of eighteen and am not a party to this case. I declare under penalty of perjury that the foregoing is true and correct.

Tuesday, September 9, 2025

*George Sano*

George Sano
Process Server
1656 WALTER
VENTURA, CA 93003

082589.01506

Doc ID: 339655_1